IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID SCOTT GAFFORD,           )
                               )
    Plaintiff,                 )
                               )         CIVIL ACTION NO.
    v.                         )           2:17cv533-MHT
                               )               (WO)
DANTE GORDON, U. S.            )
Marshals Service,              )
                               )
    Defendant.                 )

**JUDGMENT**

Upon consideration of plaintiff's notice of dismissal (doc. no. 4), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

(2) All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of August, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE